# Waddington Nursing and Convalescent Home v. Unemployment Compensation Board of Review.

Argued May 6, 1971, before Judges KRAMER, WILKINSON, JR., and MENCER, sitting as a panel of three.

No appearance for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *J. Shane Creamer,* Attorney General, for appellee.

PER CURIAM OPINION, May 20, 1971:

The only question presented to this Court by the appellant is whether there is sufficient competent evidence in the record to support the findings of the Unemployment Compensation Board of Review.

After a review of the entire record and the briefs of the parties, and following the mandate of the statute (Act of December 5, 1936, Second Ex. Sess., P. L. (1937) 2897, Article V, section 510, as amended, 43 P.S. 830) on the conclusiveness of the findings if supported by the evidence (in the absence of fraud), we hold that there is sufficient substantial evidence to support the Board's findings. We therefore

### ORDER

And now, this 20th day of May, 1971, the appeal of Waddington Nursing and Convalescent Home, Inc., is hereby dismissed and the order of the Unemployment Compensation Board of Review is hereby affirmed.